FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>        Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>        Respondents. | Case No. EDCV 07-1009 ABC (AJW)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION OF<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED:    5/22/08

                                                 _____
                                                 Audrey B. Collins
                                                 United States District Judge