FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,      )<br>                              )<br>          Petitioner,        )<br>                              )<br>     v.                       )<br>                              )<br>PEOPLE OF THE STATE OF        )<br>CALIFORNIA, et al.,           )<br>                              )<br>          Respondents.        )<br>_____) | No. EDCV 07-1009-ABC(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 5/22/08

Audrey B. Collins
United States District Judge